**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 14, 2011

The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Peter Gonyo, 10 CR 0228 (ILG)</u>

Your Honor:

      We respectfully request an adjournment of the status conference, now scheduled for Monday, January 24, 2011, at 11:30 a.m. until Friday, February 25, 2011, at 10:30 a.m. (which Your Honor's case manager, Ogoro Francis, has told me is available to the Court). We make this request because the parties need this time for ongoing plea negotiations. We also ask the Court to exclude time between January 24, 2011, and February 25, 2011. Assistant U.S. Attorney Alexis Collins told me today that the government agrees to this request for an adjournment and exclusion of time.

      Thank you for Your Honor's attention to this matter.

      Sincerely,

      Douglas G. Morris
      Assistant Federal Defender
      (718) 330-1209

cc:    Assistant U.S. Attorney Alexis Collins
       Pretrial Services Officer Melissa Roman
       Clerk of the Court
       Mr. Peter Gonyo