**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 20, 2012

The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Peter Gonyo, 10 CR 0228 (ILG)</u>

Your Honor:

On behalf of my client, Mr. Peter Gonyo, I respectfully request an adjournment of sentencing from Thursday, April 5, at 10:30 a.m. until Wednesday, May 16, at 10:30 a.m. (which Your Honor's case manager, Ogoro Francis, has told me is available to the Court). I make this request to provide time to gather material and prepare an adequate sentencing submission addressing the many issues raised in the case. Assistant U.S. Attorney Tyler Smith has told me that the government does not object to this request.

Thank you for Your Honor's attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:   Assistant U.S. Attorney Tyler Smith
       U.S. Probation Officer John L. Almanza
       Clerk of the Court
       Mr. Peter Gonyo